EXHIBIT G

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| WILLIAM BORZELLO, § | |
| § | |
| Plaintiff, § | |
| § | |
| vs. § | CIVIL ACTION NO. SA10CA0026XR |
| § | |
| TEXAS SHINE, INC. § | |
| § | |
| Defendant. § | |

### AFFIDAVIT OF ADAM D. BOLAND

STATE OF TEXAS §
§
COUNTY OF BEXAR §

BEFORE ME, the undersigned authority, on this day personally appeared Adam D. Boland, known to me to be the person whose name is subscribed below and also under oath did state the following:

I affirm the truth of the following representations:

1. I am an adult of sound mind, and competent to testify to all matters contained in this Affidavit.

2. I have personal knowledge of all facts in this Affidavit.

3. I am an attorney and have been licensed since 2004 to practice in the State of Texas. I have been licensed in the Western District of Texas since 2005. I am currently an attorney at the firm of Ogletree Deakins Nash Smoak & Stewart, P.C. ("Ogletree Deakins"). I am familiar with what constitutes reasonable and necessary attorney's fees in and around San Antonio, Texas.

4. I am an attorney of record for Defendant Texas Shine, Inc. ("TSI").

5. My hourly rate on this matter is $290.00 an hour.

6. The reasonable costs and attorney's fees TSI incurred to prepare and file this Motion to Dismiss, or Alternatively Motion to Compel Plaintiff's Deposition and Request for Sanctions are $435.00.

7. The reasonable attorney's fees TSI incurred to conduct the depositions at which Plaintiff failed to appear on both occasions on October 25, 2010 and December 8, 2010, were $348.00.

8. I obtained a Certificate of Non-Appearance for both dates Plaintiff failed to appear incurring $182.00 to TSI in court reporter fees.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 14, 2010.

ADAM D. BOLAND
State Bar No. 24045520
Ogletree Deakins Nash Smoak
  & Stewart, P.C.
112 E. Pecan Street
2700 Weston Centre
San Antonio, Texas 78205
210.277.3626 – Telephone
210.277.2702 – Facsimile

SUBSCRIBED AND SWORN TO BEFORE ME by ADAM BOLAND this the 14th day of December 2010, to certify which witness my hand and seal of office.

JEAN M. HEIDE
Notary Public,
State of Texas
Comm. Exp. 05-21-14

Notary Public in and for the
State of Texas

2