EXHIBIT H

# EDDIE MORRIS
## COURT REPORTERS, INC.
92 Trailcrest
San Antonio, Texas 78232
TAX I.D. 74-2275516

Phone: 210/698-2727
Fax: 210/698-5556
1-800-441-1801

pd. 11-29-10

MR. ADAM D. BOLAND
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
ATTORNEYS AT LAW
112 E. PECAN, SUITE 2700
SAN ANTONIO, TX 78205

REFERENCE INVOICE
NO. WITH REMITTANCE
**INVOICE NO.**
28107

10/29/2010    4299    SA-10-CA-0026XR

Re: WILLIAM BORZELLO    VS.    TEXAS SHINE, INC.
Assignment Date: October 25, 2010    Client Ref. #: USDC WEST DIST SA DV

| DESCRIPTION | AMOUNT |
|---|---|
| Cert. Non-Appearance WILLIAM BORZELLO (10-25-10) | |
| Total Amount $ | 86.00 |
| Less Paid To Date $ | 0.00 |
| Total due $ | 86.00 |

SJH

Terms: Net 30 Days
1% Per Month Finance Charge on Past Due Balances

EDDIE MORRIS COURT REPORTERS
Federal Tax Id#: 74-2275516

PLEASE REFERENCE OUR INVOICE NUMBER ON YOUR CHECK.
WE CANNOT APPLY PAYMENT WITHOUT PROPER IDENTIFICATION.

# EDDIE MORRIS
## COURT REPORTERS, INC.
92 Trailcrest
San Antonio, Texas 78232
TAX I.D. 74-2275516

Phone: 210/698-2727
Fax: 210/698-5556
1-800-441-1801

MR. ADAM D. BOLAND
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
ATTORNEYS AT LAW
112 E. PECAN, SUITE 2700
SAN ANTONIO, TX 78205

REFERENCE INVOICE NO. WITH REMITTANCE
**INVOICE NO.**
28213

12/09/2010 4299 SA-10-CA-0026XR

Re: WILLIAM BORZELLO VS. TEXAS SHINE, INC.
Assignment Date: December 08, 2010  Client Ref. #: USDC WEST DIST SA DV

| DESCRIPTION | AMOUNT |
|---|---|
| Cert. Non-Appearance WILLIAM BORZELLO (12-08-10) | |
| Total Amount $ | 96.00 |
| Less Paid To Date $ | 0.00 |
| Total due $ | 96.00 |

SJH

Terms: Net 30 Days
1% Per Month Finance Charge on Past Due Balances

EDDIE MORRIS COURT REPORTERS
Federal Tax Id#: 74-2275516

PLEASE REFERENCE OUR INVOICE NUMBER ON YOUR CHECK.
WE CANNOT APPLY PAYMENT WITHOUT PROPER IDENTIFICATION.